JOHN STELLWAGEN, RESPONDENT, v. THE MERCHANTS' LIFE INSURANCE COMPANY, APPELLANT.

*Application for insurance — signature of applicant.*

An application for insurance may, in the absence of any positive regulation of the company defining the circumstances under which the applicant is excused from personally signing it, be signed by a duly authorized agent of the applicant, or in any way by which he will be bound in fact as well as in law by the contents thereof.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*E. C. Sprague,* for appellant. *Delavan F. Clark,* for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.